## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**OLGA I. RODRIGUEZ MONTALVO**
Plaintiffs

Vs.

**MUNICIPALITY OF ARECIBO,**
**DR. ANGEL ROMAN VELEZ,** in his
personal and official capacity representing
the Municipality of Arecibo
Defendants

CIVIL NO.: 98-1485 (JP)

Notice is hereby given that Olga I. Rodriguez Montalvo, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit, the final amended judgment entered in this action on the 12 day of August 1999.

In Utuado, Puerto Rico, this 8 day of September 1999.

**I HEREBY CERTIFY,** that on this same date a true and correct copy of this document has been sent by regular mail to: **Claudio Aliff Ortiz,** Aldarondo & Lopez Bras, 588 Hostos Avenue, Baldrich Urb., Hato Rey, Puerto Rico  00918.

**RESPECTFULLY SUBMITTED,**

**JOSE MARTINEZ CUSTODIO, ESQ.**
**USDC  209404**
**PO BOX 10202**
**UTUADO, PR  00641**
**TEL. & FAX.:  894-4293**