UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 PM 9 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

OLGA I. RODRÍGUEZ MONTALVO, et. al.,
    Plaintiffs

vs.

CIVIL NO. 98-1485 (JP)

MUNICIPALITY OF ARECIBO, et al.,
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: September 21, 1999<br>Docket: # 102<br>[ ] Plffs      [X] Defts<br>Title: Motion Pertaining to the Deposit With the Court of Amount Relative to the Amended Judgment of August 12, 1999. | **GRANTED.** Defendants have deposited an Official Check in the amount of $160,000.00 in full satisfaction of Plaintiff's claims. Because Plaintiff has filed a motion in satisfaction of judgment (docket No. 101), the Clerk shall issue a check to the order of **Olga I. Rodríguez Montalvo** for the full amount of $160,000.00. AND HER ATTORNEY OF RECORD |
| Date: 9/27/99 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:    EOD: |
| | By:     #103 |

2 Finance Clerk